Miyoko Sakashita (CA Bar No. 239639)
Andrea A. Treece (CA Bar No. 237639)
Catherine W. Kilduff (CA Bar No. 256331)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
miyoko@biologicaldiversity.org
atreece@biologicaldiversity.org
ckilduff@biologicaldiversity.org

<u>Attorneys for Plaintiffs Center for Biological
Diversity and Turtle Island Restoration Network</u>

IGNACIA S. MORENO, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Ore. Bar No. 055573
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217  /  Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

<u>Attorneys for Defendants</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK,<br><br>Plaintiffs,<br>v.<br><br>KEN SALAZAR and UNITED STATES FISH & WILDLIFE SERVICE,<br><br>Defendants. | No. C 10-992 SC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING STIPULATED SETTLEMENT AGREEMENT AND ORDER OF DISMISSAL** |

Stipulation and [Proposed] Order
Modifying Stipulated Settlement
Agreement and Order of Dismissal         1                      No. C 10-992 SC

Pursuant to Civil L.R. 7-12, this Stipulated Settlement Agreement is entered into by and between Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network, and Federal Defendants Ken Salazar, Secretary of the United States Department of the Interior, and the United States Fish and Wildlife Service (collectively "FWS" or "Service"):

WHEREAS, on December 18, 2008, the Service made 12-month findings, pursuant to 16 U.S.C. § 1533(b)(3)(B)(ii), that listing seven penguin species, or subpopulations thereof (collectively the "seven penguin species") was warranted, and issued a proposed listing regulation for these species pursuant to 16 U.S.C. § 1533(b)(5), 73 Fed. Reg. 77,264 (Dec. 18, 2008); 73 Fed. Reg. 77,303 (Dec. 18, 2008); 73 Fed. Reg. 77,332 (Dec. 18, 2008);

WHEREAS, on March 9, 2010, Plaintiffs filed a Complaint for declaratory and injunctive relief, challenging the Service's failure, as to the seven penguin species, to issue a final listing determination within one year as required by 16 U.S.C. § 1533(b)(6)(A)(i);

WHEREAS, on June 3, 2010, the Court approved the parties' Stipulated Settlement Agreement resolving this action, and entered an Order dismissing this case, Doc. No. 8;

WHEREAS, it has come to the parties' attention that paragraph 3 of the Stipulated Settlement Agreement, as submitted to the Court, misidentifies the species at issue;

WHEREAS, Paragraph 5 of the Stipulated Settlement Agreement and Order provides that this Court may modify the terms of the Order upon good cause shown;

WHEREAS, Plaintiffs and Defendants agree that correction of the Stipulated Settlement Agreement and Order is advisable;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

//
//
//

Stipulation and [Proposed] Order
Modifying Stipulated Settlement
Agreement and Order of Dismissal            2                    No. C 10-992 SC

1. Paragraph 3 of the Stipulated Settlement Agreement and Order shall be modified to read as follows:

> 3. On or before January 28, 2011, the Service shall submit to the *Federal Register* a final listing determination, pursuant to 16 U.S.C. § 1533(b)(6)(A)(i), as to its proposal to list the Campbell Plateau portion of the range of the New Zealand/Australia distinct population segment of the southern rockhopper penguin, *Eudyptes chrysocome*.

2. The remaining provisions of the Stipulated Settlement Agreement and Order shall remain in effect and are unchanged by this modification.

Dated: June 14, 2010             Respectfully submitted,

IGNACIA S. MORENO, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

  /s/ Lawson E. Fite
LAWSON E. FITE, Trial Attorney
Ore. Bar No. 055573
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

  /s/ Catherine W. Kilduff (by LEF, as authorized 6/14/10)
Catherine W. Kilduff (CA Bar No. 256331)
Andrea A. Treece (CA Bar No. 237639)
Miyoko Sakashita (CA Bar No. 239639)
CENTER FOR BIOLOGICAL DIVERSITY

Stipulation and [Proposed] Order
Modifying Stipulated Settlement
Agreement and Order of Dismissal         3                     No. C 10-992 SC

1  
2  
3  
4  
5  

351 California Street, Suite 600  
San Francisco, CA 94104  
Phone: (415) 436-9682  
Facsimile: (415) 436-9683  
Email: atreece@biologicaldiversity.org  
miyoko@biologicaldiversity.org  
ckilduff@biologicaldiversity.org  

6   Attorneys for Plaintiffs

7  
8   PURSUANT TO STIPULATION, IT IS SO ORDERED.



UNITED STATES DISTRICT JUDGE

6/15/10

Stipulation and [Proposed] Order  
Modifying Stipulated Settlement  
Agreement and Order of Dismissal        4                    No. C 10-992 SC

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | No. C 10-992 SC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| KEN SALAZAR, et al., | |
| Defendants. | |

I hereby certify that on June 14, 2010, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER MODIFYING STIPULATED SETTLEMENT AGREEMENT AND ORDER OF DISMISSAL with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                   */s/ Lawson E. Fite*
                                   LAWSON E. FITE