Miyoko Sakashita (CA Bar No. 239639)
Catherine W. Kilduff (CA Bar No. 256331)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
miyoko@biologicaldiversity.org
ckilduff@biologicaldiversity.org

<u>Attorneys for Plaintiffs Center for Biological
Diversity and Turtle Island Restoration Network</u>

IGNACIA S. MORENO, Asst. Attorney General
SETH M. BARSKY, Section Chief
LAWSON E. FITE, Trial Attorney, Ore. Bar No. 055573
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217  /  Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

<u>Attorneys for Defendants</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK,<br><br>         Plaintiffs,<br><br>    v.<br><br>KEN SALAZAR and UNITED STATES FISH & WILDLIFE SERVICE,<br><br>         Defendants. | No. C 10-992 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING STIPULATED SETTLEMENT AGREEMENT AND ORDER OF DISMISSAL** |

Stipulation and [Proposed] Order
Modifying Stipulated Settlement
Agreement and Order of Dismissal            1                           No. C 10-992 SC

1      Pursuant to Civil L.R. 7-12, this Stipulated Settlement Agreement is entered into by and
2  between Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network, and
3  Federal Defendants Ken Salazar, Secretary of the United States Department of the Interior, and
4  the United States Fish and Wildlife Service (collectively "FWS" or "Service"):

5      WHEREAS, on December 18, 2008, the Service made 12-month findings, pursuant to 16
6  U.S.C. § 1533(b)(3)(B)(ii), that listing seven penguin species, or subpopulations thereof
7  (collectively the "seven penguin species") was warranted, and issued a proposed listing
8  regulation for these species pursuant to 16 U.S.C. § 1533(b)(5), 73 Fed. Reg. 77,264 (Dec. 18,
9  2008); 73 Fed. Reg. 77,303 (Dec. 18, 2008); 73 Fed. Reg. 77,332 (Dec. 18, 2008);

10     WHEREAS, on March 9, 2010, Plaintiffs filed a Complaint for declaratory and injunctive
11 relief, challenging the Service's failure, as to the seven penguin species, to issue a final listing
12 determination within one year as required by 16 U.S.C. § 1533(b)(6)(A)(i);

13     WHEREAS, on June 3, 2010, the Court approved the parties' Stipulated Settlement
14 Agreement resolving this action, and entered an Order dismissing this case, Doc. No. 8;

15     WHEREAS, Paragraph 5 of the Stipulated Settlement Agreement and Order provides that
16 this Court may modify the terms of the Order upon good cause shown;

17     WHEREAS, the parties previously stipulated to one modification of the Stipulated
18 Settlement Agreement and Order, which the Court approved on June 15, 2010 (Doc. No. 10);

19     WHEREAS, pursuant to the Stipulated Settlement Agreement and Order, the Service
20 timely submitted to the *Federal Register* and issued, on August 3, 2010, a final rule listing the
21 yellow-eyed penguin, white-flippered penguin, Fiordland crested penguin, Humboldt penguin,
22 and erect-crested penguin as threatened species, 75 Fed. Reg. 45,497;

23     WHEREAS, pursuant to the Stipulated Settlement Agreement and Order, the Service
24 timely submitted to the *Federal Register* and issued, on September 28, 2010, a final rule listing
25 the African penguin as an endangered species, 75 Fed. Reg. 59,645;

26     WHEREAS, paragraph 3 of the Stipulated Settlement Agreement and Order, as modified,
27 provides that: On or before January 28, 2011, the Service shall submit to the Federal Register a

28 Stipulation and [Proposed] Order
Modifying Stipulated Settlement
Agreement and Order of Dismissal            2                    No. C 10-992 SC

final listing determination, pursuant to 16 U.S.C. § 1533(b)(6)(A)(i), as to its proposal to list the Campbell Plateau portion of the range of the New Zealand/Australia distinct population segment of the southern rockhopper penguin, *Eudyptes chrysocome*;

WHEREAS, the Service has been working diligently to meet the deadline established in paragraph 3;

WHEREAS, this listing determination involves complex analysis;

WHEREAS, the Service needs a limited amount of additional time to complete its analysis and determination regarding the southern rockhopper penguin;

WHEREAS, Plaintiffs consent to modification of the Stipulated Settlement Agreement and Order;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. Paragraph 3 of the Stipulated Settlement Agreement and Order, as modified, shall be further modified to read as follows:

> 3. On or before February 18, 2011, the Service shall submit to the *Federal Register* a final listing determination, pursuant to 16 U.S.C. § 1533(b)(6)(A)(i), as to its proposal to list the Campbell Plateau portion of the range of the New Zealand/Australia distinct population segment of the southern rockhopper penguin, *Eudyptes chrysocome*.

2. The remaining provisions of the Stipulated Settlement Agreement and Order shall remain in effect and are unchanged by this modification.

Dated: January 20, 2011                     Respectfully submitted,

                                                        IGNACIA S. MORENO, Asst. Attorney General
                                                        SETH M. BARSKY, Section Chief

                                                        */s/ Lawson E. Fite*
                                                        LAWSON E. FITE, Trial Attorney

Stipulation and [Proposed] Order
Modifying Stipulated Settlement
Agreement and Order of Dismissal            3                    No. C 10-992 SC

Case 3:10-cv-00992-SC   Document 12   Filed 01/21/11   Page 4 of 5

Ore. Bar No. 055573
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants


  /s/ Catherine W. Kilduff (by LEF, as authorized 1/20/11)
Catherine W. Kilduff (CA Bar No. 256331)
Miyoko Sakashita (CA Bar No. 239639)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org
ckilduff@biologicaldiversity.org

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

Stipulation and [Proposed] Order
Modifying Stipulated Settlement
Agreement and Order of Dismissal          4                    No. C 10-992 SC

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | No. C 10-992 SC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| KEN SALAZAR, et al., | |
| Defendants. | |

I hereby certify that on January 20, 2011, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER MODIFYING STIPULATED SETTLEMENT AGREEMENT AND ORDER OF DISMISSAL with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Lawson E. Fite*
　　　　　　　　　　　　　　　　　　　　LAWSON E. FITE